159 So. 919

**Buck MARTIN v. STATE.**
8 Div. 74.

Court of Appeals of Alabama.
Feb. 19, 1935.

SAMFORD, Judge.
Affirmed.

159 So. 919

**Buck MARTIN v. STATE.**
8 Div. 984.

Court of Appeals of Alabama.
Feb. 5, 1935.

SAMFORD, Judge.
Affirmed.

160 So. 921

**Dick MARTIN v. STATE.**
8 Div. 73.

Court of Appeals of Alabama.
March 19, 1935.

BRICKEN, Presiding Judge.
Affirmed.

159 So. 893

**Henry MARTIN v. STATE.**
6 Div. 661.

Court of Appeals of Alabama.
Dec. 18, 1934.

RICE, Judge.
Affirmed.

159 So. 919

**J. W. MASON v. CITY OF HUNTSVILLE.**
8 Div. 62.

Court of Appeals of Alabama.
Feb. 12, 1935.

RICE, Judge.
Affirmed.

160 So. 922

**Pete MASON v. CITY OF HUNTSVILLE.**
8 Div. 61.

Court of Appeals of Alabama.
March 26, 1935.

SAMFORD, Judge.
Affirmed.

152 So. 923

**John R. MATTHEWS, Register, etc., v.
NORTH RIVER INS. CO. OF N. Y.**
3 Div. 736.

Court of Appeals of Alabama.
Jan. 9, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

160 So. 922

**Homer MATTHEWS v. STATE.**
1 Div. 198.

Court of Appeals of Alabama.
April 16, 1935.

RICE, Judge.
Affirmed.